IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SUNNY L. JOHNSON and<br>LAWRENECE A. JOHNSON, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN, EQUIFAX, TRANSUNION, FAIR ISAAC CORP, BARCLAY'S BANK [sic], JUNIPER BANK, CHASE BANK, APPLIED BANK, AT&T, NCO FINANCIAL SYSTEMS, QWEST, TARGET NATIONAL BANK, HOME DEPOT, TRS RECOVERY SERVICES, VERIZON WIRELESS, FIRST CONSUMERS NATIONAL BANK, MIDLAND CREDIT MANAGEMENT, HOUSEHOLD BANK, CAPITOL ONE [sic], CITIBANK, VONAGE, DOE #1-#5.<br><br>Defendants. | Case No. 1:10-cv-00683-LFG-RHS |

**STIPULATION BETWEEN PLAINTIFFS AND EXPERIAN INFORMATION SOLUTIONS, INC.**

IT IS HEREBY STIPULATED by and between Plaintiffs Sunny L. Johnson and Lawrence A. Johnson, Sr. ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian") that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IRI-9481v1

DATED: July 23, 2010

Respectfully submitted,

_____
RODEY LAW FIRM
Charles Vigil
201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102
Telephone:   (505) 765-5900
Facsimile:    (505) 768-7395

Attorneys for Defendant EXPERIAN
INFORMATION SOLUTIONS, INC.

DATED: July 23, 2010

By: _____
Sunny L. Johnson

P.O. Box 594
Los Lunas, NM 87031
Telephone: (505) 866-6622

Pro Se Plaintiff

DATED: July 23, 2010

By: _____
Lawrence A. Johnson, Sr.

P.O. Box 594
Los Lunas, NM 87031
Telephone: (505) 866-6622

Pro Se Plaintiff

IRI-9481v1